## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE:

TAYLOR MADISON FRANCOIS BODINE    Case No.   21-11238-KHK
                                  Chapter    7

*Debtor*.

### REQUEST FOR NOTICE

REQUEST IS HEREBY MADE, pursuant to Fed. R. Bankr. Pro. 2002(g) and 9007, that an entry be made on the Clerk's Matrix in this case and that all documents and pleadings filed with the Court and all notices which the Court and/or any other parties provide in accordance with Rule 2002 be directed to the undersigned creditor whose mailing address, electronic mail address, telephone and facsimile numbers are set forth below:

> TREASURER, COUNTY of LOUDOUN, VIRGINIA
> ATTENTION:  Collections/Bankruptcy Div.
> P. O. Box 347(MSC #31)
> Leesburg, Virginia 20178-0347
> Telephone:  (703) 771-5656
> Facsimile:    (703) 771-5015
> E-mail:  bankrupt@loudoun.gov

> H. ROGER ZURN, JR., Treasurer
> COUNTY of LOUDOUN
> By:     */s/ Tracy Stanley*
> Deputy Treasurer – Loudoun County

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Request for Notice was served on July 13, 2021 by ELECTRONIC MAIL through the Court's electronic filing system or by FIRST CLASS MAIL to: Robert Sergio Brandt at brandt@brandtlawfirm.com, Counsel for Debtor, and Kevin R. McCarthy at krm@mccarthywhite.com, Chapter 7 Trustee.

*/s/ Tracy Stanley*