**UNITED STATES BANKRUPTCY COURT**
Eastern District of Virginia
200 South Washington Street
Alexandria, VA 22314

# NOTICE OF ELECTRONIC FILING PROCEDURE

**Case Name:** Taylor Madison Francois Bodine

**Case Number:** 21−11238−KHK                **Date Filed:** July 12, 2021

The above case, which has been filed in this court, can be accessed electronically via the Court's Internet site at http://www.vaeb.uscourts.gov. In compliance with Federal Rule of Bankruptcy Procedure 9011 and in accordance with the Local Bankruptcy Rule 5005−2 and the Court's Case Management/Electronic Case Files (CM/ECF) Policy Statement, the registered participant's password shall constitute the signature of that person; therefore, security of a registered participant's password is the responsibility of that person. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the CM/ECF Policy Statement**.

Parties with legal representation **must** file documents in accordance with the following:

1. The requirements for filing, viewing and retrieving case documents are: A personal computer with internet access and the ability to convert documents to portable document format (PDF). The URL address is *www.vaeb.uscourts.gov* and a username and password are needed to access the Case Management/Electronic Case Files (CM/ECF) system. Please contact the Court for further assistance. If you are **unable** to comply with these requirements, **then**

2. You must file a "Request for Waiver to File by Flash Drive or Conventionally" as provided for in the CM/ECF Policy Statement to indicate your inability to file through use of the Internet component of the CM/ECF system. If the Court authorizes you to file by flash drive, **then**

3. You must submit your documents on a flash drive using PDF format. The Adobe Acrobat software will provide this format. Further instruction may be found at Adobe's internet support page. Use a separate flash drive for each filing. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the CM/ECF Policy Statement.** If you are **unable** to comply with these requirements or the requirements set forth in item number 1, or the requirement set forth in item number 2, above, **then**

4. You must submit your documents on a flash drive using plain text format. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the with the CM/ECF Policy Statement.** If you are unable to comply with this requirement, the requirements set forth in items number 2 or 3, or the requirements set forth in item number 1, above, **then**

5. You then may file conventionally on unstapled, unbound, 8 ½" x 11" single−sided paper. Documents must be submitted with full original signature(s), and will be scanned by the Clerk's Office. The scanned file will constitute the original signature(s). **Include your "Request for Waiver to File by Flash Drive or Conventionally" with your filing.**

**Important Note: All parties without legal representation, except governmental units and institutional entities described in Electronic Case Files Policy 2(A)(2)(b), may file documents conventionally in accordance with the Local Bankruptcy Rules.**

Dated:  July 13, 2021                                William C. Redden
[VAN062vNov9.jsp]                                    Clerk of the Bankruptcy Court

United States Bankruptcy Court

Eastern District of Virginia

In re:  Case No. 21-11238-KHK

Taylor Madison Francois Bodine  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9     User: palaciosl     Page 1 of 2

Date Rcvd: Jul 13, 2021     Form ID: VAN062     Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Taylor Madison Francois Bodine, 42779 Travelers Run Lane, Leesburg, VA 20176-5653 |
| cr | | Treasurer, County of Loudoun, Virginia, Attention: Collections/Bankruptcy Div., P O Box 347 (MSC #31), Leesburg, VA. 20178-0347 |
| 15695262 | + | Bank of America, PO box 26012, Greensboro, NC 27420-6012 |
| 15695263 | + | Cameron McEvoy law firm, 4100 Monument Corner Dr #420,, attn: Sean Roche Esq, Fairfax, VA 22030-8610 |
| 15695264 | + | Conduent/ACS, Attn: Bankruptcy, Po Box 7051, Utica, NY 13504-7051 |
| 15695265 | + | Fedloan, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 15695266 | + | Helen Shih, 1675 Page Street, San Francisco, CA 94117-2019 |
| 15695268 | + | Jim Magner, Esq, 6 Wirt Street NW, Leesburg, VA 20176-2831 |
| 15695269 | + | Julian Sarkar, Esq., Sarkar Law, 345 Franklin St., San Francisco, CA 94102-4427 |
| 15695270 | + | Kevin M. Shelley, Kaufmann Gildin & Robbins, 767 Third Ave., 30th Floor, New York, NY 10017-2092 |
| 15695272 | + | Lee's Crossing HOA, 115 N. Queen Street, Martinsburg, WV 25401-3311 |
| 15695273 | + | Paul Gleit, 2711 South Ocean Dr., Apt. 3305, Hollywood, FL 33019-2765 |
| 15695276 | | Russell Bodine, 42779 Travelers Run Lane, Leesburg, VA 20176-5653 |
| 15695607 | | Treasurer, County of Loudoun, Virginia, Attention: Collections/Bankruptcy Div., P O BOX 347 (MSC #31), Leesburg, Virginia 20178-0347 |
| 15695279 | + | William B. Schroeder Esq, 12505 Park Potomac Ave., 6th Floor, Potomac, MD 20854-6803 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15695261 | + | Email/Text: backoffice@affirm.com | Jul 13 2021 23:53:00 | Affirm, Inc., Attn: Bankruptcy, Po Box 720, San Francisco, CA 94104-0720 |
| 15695267 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 13 2021 23:53:00 | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| 15695274 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 13 2021 23:53:00 | Quicken Loans, 1050 Woodward Ave., Detroit, MI 48226-3573 |
| 15695275 | | Email/Text: joey@rmscollect.com | Jul 13 2021 23:53:00 | Receivable Management Inc, 7206 Hull Road, Suite 211, Richmond, VA 23235-0000 |
| 15695277 | + | Email/Text: sdietz@swrecovery.com | Jul 13 2021 23:53:00 | Southwest Recovery Service, Attn: Bankruptcy Dept, 17311 Dallas Pkwy #235, Dallax, TX 75248-1132 |
| 15695278 | + | Email/Text: bkr@taxva.com | Jul 13 2021 23:53:00 | VA dept of taxation, POB 2156, Richmond, VA 23218-2156 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID    Bypass Reason    Name and Address**

Case 21-11238-KHK    Doc 8    Filed 07/15/21    Entered 07/16/21 00:14:29    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0422-9 | User: palaciosl | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 13, 2021 | Form ID: VAN062 | Total Noticed: 21 |

15695271    ##+    Lani Hay, 5743 Potomac Ave., NW, Washington, DC 20016-2559

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John P. Fitzgerald, III | ustpregion04.ax.ecf@usdoj.gov |
| Kevin R. McCarthy | krm@mccarthywhite.com  kmccarthy@premierremote.com;DC07@ecfcbis.com |
| Robert Sergio Brandt | on behalf of Debtor Taylor Madison Francois Bodine brandt@brandtlawfirm.com G36549@notify.cincompass.com;lgray@brandtlawfirm.com |

TOTAL: 3