Belkys Escobar (VSB#74866)
Steven F. Jackson (VSB #37678)
Senior Assistant County Attorneys
COUNTY of LOUDOUN
One Harrison St, SE, 5th floor
P.O. Box 7000
Leesburg, Virginia  20177-7000
Telephone: (703) 258-3119
Telephone: (703) 777-0549
Telecopier: (703) 771-5025

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

**IN RE:**

**TAYLOR MADISON FRANCOIS BODINE,**

*Debtor.*

Case No.   21-11238-KHK
Chapter 7

### <u>NOTICE OF APPEARANCE</u>

The County of Loudoun, Virginia, by counsel, hereby notes its appearance in this case. You are requested to serve all notices, documents and pleadings filed with the Court, including all notices required to be served under Fed. R. Bankr. Pro. 2002 and 9010, on the undersigned counsel whose contact information is set forth below.

Respectfully submitted,
The COUNTY of LOUDOUN, VIRGINIA
By counsel

LEO P. ROGERS
COUNTY ATTORNEY

By /s/ Steven F. Jackson_____
     Belkys Escobar (VSB #74866)
     Steven F. Jackson (VSB #37678)
     Senior Assistant County Attorneys
     One Harrison Street, S.E., 5th Floor
     P.O. Box 7000
     Leesburg, Virginia 20177-7000
     Telephone: (571) 258-3119
     Telephone: (703) 777-0549
     Telecopier: (703) 771-5025
     E-mail: belkys.escobar@loudoun.gov
     E-mail: steve.jackson@loudoun.gov

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 26, 2021, a copy of the foregoing Notice was served by ELECTRONIC MAIL through the Court's electronic filing system or by FIRST CLASS MAIL to the parties indicated below:

Robert Sergio Brandt                           Kevin R. McCarthy
brandt@brandtlawfirm.com                       krm@mccarthywhite.com
*Counsel for Debtor*                           *Chapter 7 Trustee*

/s/ Steven F. Jackson