**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| In re: | : |
| | : |
| **TAYLOR MADISON FRANCOIS BODINE** | : Case No. 21-11238-KHK |
| | : Chapter 7 |
| Debtor | : |

## NOTICE OF ENTRY OF APPEARANCE
## AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE** that the undersigned, Stephen A. Metz, Esq., hereby enters his appearance as counsel for Paul Gleit, a creditor herein ("Creditor"), the above-captioned proceeding. The undersigned hereby request that the Clerk of this Court enter the following name and address on the general matrix for this case, and on all special or limited matrices, and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following person:

> Stephen A. Metz, Esq.
> Offit Kurman, P.A.
> 7501 Wisconsin Ave, Suite 1000W
> Bethesda, MD 20814
> Email: smetz@offitkurman.com
> Telephone: (240) 507-1723
> Fax: (240) 507-1735

Dated: August 23, 2021          Respectfully submitted,

OFFIT KURMAN, P.A.

By:  /s/ Stephen A. Metz
    Stephen A. Metz, Bar No. 89738
    7501 Wisconsin Ave, Suite 1000W
    Bethesda, MD 20814
    Telephone: (240) 507-1723
    Fax: (240) 507-1735
    Email: smetz@offitkurman.com
    *Counsel to Paul Gleit*

## **CERTIFICATE OF SERVICE**

I certify that on this 23rd day of August, 2021, a true and correct copy of the foregoing was served via the Court's CM/ECF system on the following registered users who have noticed an appearance in this matter:

- Robert Sergio Brandt    brandt@brandtlawfirm.com, G36549@notify.cincompass.com; lgray@brandtlawfirm.com
- John P. Fitzgerald, III    ustpregion04.ax.ecf@usdoj.gov
- Steven F. Jackson    Steve.Jackson@loudoun.gov, Rachel.healy@loudoun.gov; ann.mccafferty@loudoun.gov; bankrupt@loudoun.gov
- Kevin R. McCarthy    krm@mccarthywhite.com, kmccarthy@premierremote.com; DC07@ecfcbis.com

/s/ Stephen A. Metz, Esq.
Stephen A. Metz, Esq.

4836-6235-6727, v. 1