**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

**APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER**
**LOCAL BANKRUPTCY RULE 2090-1(E)(3)**

**In Case No.:** 21-11238-KHK    ,* **Case Name** Taylor Madison Francois Bodine

PERSONAL STATEMENT

FULL NAME (no initials, please)  William Bernard Schroeder
Bar Identification Number 43179         State VA
Firm Name Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
Firm Phone # 301-230-5200        Direct Dial # 301-255-0542        FAX # 301-230-2891
E-Mail Address wschroeder@shulmanrogers.com
Office **Mailing** Address 12505 Park Potomac Avenue, Sixth Floor, Potomac, MD 20854
Name(s) of federal court(s) in which I have been admitted USDC MD; USDC DC; USDC VA

I am a member in good standing of the Bar of the following United States District Court(s): Maryland, Virginia, District of Columbia.

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within 90 days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and the Federal Rules of Evidence is current.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)                                    October 1, 2021
                                               (Date)

Benjamin P. Smith
(Typed or Printed Name)

*_Pro hac vice_ admission in a case shall include an adversary proceeding(s) in the case.

Ver. 10/20