**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **TAYLOR MADISON FRANCOIS BODINE** | ) | Case No. 21-11238-KHK |
| | ) | Chapter 7 |
| Debtor | ) | |
| | ) | |
| | ) | |
| **LANI HAY,** | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Adversary Proceeding |
| | ) | No. 21-01056-KHK |
| **TAYLOR MADISON FRANCOIS BODINE** | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |

**ORDER GRANTING MOTION PURSUANT TO
LOCAL RULE 2090-1(E)(3) FOR ADMISSION *PRO HAC VICE***

Upon the motion (the "Motion")[1] of Benjamin P. Smith of Shulman, Rogers, Gandal, Pordy & Ecker, P.A., for the admission *pro hac vice* of William B. Schroeder, an associate in the law firm of Shulman, Rogers, Gandal, Pordy & Ecker, P.A., 12505 Park Potomac Avenue, Sixth Floor, Potomac, Maryland 20854; it appearing that the relief requested is in the best interests of the Court and Lani Hay, a creditor in this case; the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); venue being proper before this court pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED:

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

1. The Motion is granted in its entirety.

2. William B. Schroeder is authorized to appear and practice *pro hac vice* as an attorney for the Plaintiff in the above-captioned chapter 7 case.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Date: _____, 2021

Hon. Klinette H. Kindred
United States Bankruptcy Judge

Entered on the Docket: _____

I ASK FOR THIS:

/s/ Benjamin P. Smith
Benjamin P. Smith (VSB 90430)
William B. Schroeder (VSB 43179, *pro hac vice* pending)
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
12505 Park Potomac Avenue, Suite 600
Potomac, Maryland 20854
TEL:  (301) 230-5200
FAX:  (301) 230-2891
Email: bsmith@shulmanrogers.com
       wschroeder@shulmanrogers.com
*Proposed Counsel for the Plaintiff*

## CERTIFICATION OF ENDORSEMENT
## UNDER LOCAL BANKRUPTCY RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Benjamin P. Smith
Benjamin P. Smith