Certificate Number: 12433-VAE-DE-035926589

Bankruptcy Case Number: 21-11238



12433-VAE-DE-035926589

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 18, 2021, at 4:35 o'clock PM EDT, Taylor Francois Bodine completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date:   August 18, 2021           By:   /s/Lance Brechbill

                                                     Name:   Lance Brechbill

                                                     Title:   Teacher