# United States Bankruptcy Court
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number**   21−11238−KHK
**Chapter**   7

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Taylor Madison Francois Bodine
aka Taylor Francois−Bodine, aka Taylor
Bodine, dba Francois Bodine Consulting
42779 Travelers Run Lane
Leesburg, VA 20176

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
  Debtor: xxx−xx−6905

Employer Tax−Identification (EIN) No(s).(if any):
  Debtor: NA

## SECOND
## NOTICE OF REQUIREMENT TO FILE CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE
### (Official Form 423)

**Our records reflect that a Certification About a Financial Management Course has not been filed.**

   Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management in order to receive a discharge under chapter 7 (11 U.S.C. § 727). Pursuant to Rule 1007(b)(7) of the Federal Rules of Bankruptcy Procedure, the debtor(s) must complete and file Certification About a Financial Management Course (Official Form 423)* as described in 11 U.S.C. § 111.

   Debtor(s) and/or debtor(s)' attorney is/are hereby notified that Official Form 423 must be filed before a discharge can be entered. Debtor(s) and/or debtor(s)' attorney is/are hereby notified that the debtor(s) must file Official Form 423 within 60 days after the first date set for the meeting of creditors under § 341. Failure to file the certification will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Official Form 423, the debtor(s) must pay the full reopening fee due for filing the motion.

Dated:   October 5, 2021

William C. Redden
Clerk of Court

(ntcfnmgtSecondv2015.jsp)

*NOTE: Official Interim Form 423 (Certification About a Financial Management Course) must be filed in all individual chapter 13 and chapter 7 cases even if the U.S. Trustee has not approved any credit counseling agency or financial management course for the applicable district. See FRBP 1007(b)(7).

**ATTENTION DEBTORS:**
Receive your court notices and orders by mail through the DeBN program.
Same−day delivery. Convenient Access. Free.
Go to *www.vaeb.uscourts.gov* for more information and to download the request form.

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 21-11238-KHK |
| Taylor Madison Francois Bodine | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: huntingto | Page 1 of 2 |
| Date Rcvd: Oct 05, 2021 | Form ID: fnmgt215 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Taylor Madison Francois Bodine, 42779 Travelers Run Lane, Leesburg, VA 20176-5653 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2021              Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin P. Smith | on behalf of Plaintiff Lani Hay bsmith@shulmanrogers.com  Ctremper@shulmanrogers.com |
| Benjamin P. Smith | on behalf of Creditor Lani Hay bsmith@shulmanrogers.com  Ctremper@shulmanrogers.com |
| John P. Fitzgerald, III | ustpregion04.ax.ecf@usdoj.gov |
| Kevin R. McCarthy | krm@mccarthywhite.com  kmccarthy@premierremote.com;DC07@ecfcbis.com |
| Robert Sergio Brandt | on behalf of Debtor Taylor Madison Francois Bodine brandt@brandtlawfirm.com G36549@notify.cincompass.com;lgray@brandtlawfirm.com |
| Stephen A. Metz | |

| | | |
|---|---|---|
| District/off: 0422-9 | User: huntingto | Page 2 of 2 |
| Date Rcvd: Oct 05, 2021 | Form ID: fnmgt215 | Total Noticed: 1 |

on behalf of Creditor Paul Gleit smetz@offitkurman.com mmargulies@offitkurman.com

Stephen A. Metz

on behalf of Plaintiff Paul Gleit smetz@offitkurman.com mmargulies@offitkurman.com

Steven F. Jackson

on behalf of Creditor County of Loudoun Steve.Jackson@loudoun.gov
Rachel.healy@loudoun.gov;ann.mccafferty@loudoun.gov;bankrupt@loudoun.gov;Kara.VanDenburgh@loudoun.gov

TOTAL: 8