IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **TAYLOR MADISON FRANCOIS BODINE** | ) | Case No. 21-11238-KHK |
| | ) | **Chapter 7** |
| **Debtor** | ) | |
| _____ | ) | |
| | ) | |
| **LANI HAY,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | Adversary Proceeding |
| | ) | No. 21-01056-KHK |
| **TAYLOR MADISON FRANCOIS BODINE** | ) | |
| | ) | |
| **Debtor** | ) | |
| _____ | ) | |

**ORDER GRANTING MOTION PURSUANT TO
LOCAL RULE 2090-1(E)(3) FOR ADMISSION *PRO HAC VICE***

Upon the motion (the "Motion")[1] of Benjamin P. Smith of Shulman, Rogers, Gandal, Pordy & Ecker, P.A., for the admission *pro hac vice* of William B. Schroeder, an associate in the law firm of Shulman, Rogers, Gandal, Pordy & Ecker, P.A., 12505 Park Potomac Avenue, Sixth Floor, Potomac, Maryland 20854; it appearing that the relief requested is in the best interests of the Court and Lani Hay, a creditor in this case; the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); venue being proper before this court pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED:

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

1. The Motion is granted in its entirety.

2. William B. Schroeder is authorized to appear and practice *pro hac vice* as an attorney for the Plaintiff in the above-captioned chapter 7 case.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Date: Oct 7 2021, 2021

/s/ Klinette H Kindred
Hon. Klinette H. Kindred
United States Bankruptcy Judge

Entered on the Docket: Oct 7 2021

I ASK FOR THIS:

 /s/ Benjamin P. Smith
Benjamin P. Smith (VSB 90430)
William B. Schroeder (VSB 43179, *pro hac vice* pending)
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
12505 Park Potomac Avenue, Suite 600
Potomac, Maryland 20854
TEL:  (301) 230-5200
FAX:  (301) 230-2891
Email: bsmith@shulmanrogers.com
       wschroeder@shulmanrogers.com
*Proposed Counsel for the Plaintiff*

## CERTIFICATION OF ENDORSEMENT
## UNDER LOCAL BANKRUPTCY RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

  /s/ Benjamin P. Smith
Benjamin P. Smith

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                                                                  Case No. 21-11238-KHK

Taylor Madison Francois Bodine                                                                                          Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0422-9 | User: settlesvj | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 07, 2021 | Form ID: pdford9 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Taylor Madison Francois Bodine, 42779 Travelers Run Lane, Leesburg, VA 20176-5653 |
| cr | + | Lani Hay, c/o Benjamin P. Smith, Esq., Shulman Rogers, 12505 Park Potomac Ave., 6th Floor Potomac, MD 20854-6803 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin P. Smith | on behalf of Plaintiff Lani Hay bsmith@shulmanrogers.com  Ctremper@shulmanrogers.com |
| Benjamin P. Smith | on behalf of Creditor Lani Hay bsmith@shulmanrogers.com  Ctremper@shulmanrogers.com |
| John P. Fitzgerald, III | ustpregion04.ax.ecf@usdoj.gov |
| Kevin R. McCarthy | krm@mccarthywhite.com  kmccarthy@premierremote.com;DC07@ecfcbis.com |
| Robert Sergio Brandt | on behalf of Debtor Taylor Madison Francois Bodine brandt@brandtlawfirm.com G36549@notify.cincompass.com;lgray@brandtlawfirm.com |

District/off: 0422-9   User: settlesvj   Page 2 of 2
Date Rcvd: Oct 07, 2021   Form ID: pdford9   Total Noticed: 2

Stephen A. Metz
    on behalf of Plaintiff Paul Gleit smetz@offitkurman.com mmargulies@offitkurman.com

Stephen A. Metz
    on behalf of Creditor Paul Gleit smetz@offitkurman.com mmargulies@offitkurman.com

Steven F. Jackson
    on behalf of Creditor County of Loudoun Steve.Jackson@loudoun.gov Rachel.healy@loudoun.gov;ann.mccafferty@loudoun.gov;bankrupt@loudoun.gov;Kara.VanDenburgh@loudoun.gov;Robert.Sproul@loudoun.gov

TOTAL: 8