IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re:<br><br>**Taylor Madison Francois Bodine**<br>*aka Taylor Francois-Bodine*<br>*aka Taylor Bodine*<br>*aka Francois Bodine Consulting,*<br><br>**Debtor.** | Case No. 21-11238-KHK<br><br>Chapter 7 |

### ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO EXTEND TIME TO OBJECT TO DISCHARGE OF THE DEBTOR

Upon consideration of the Acting United States Trustee's Motion To Extend The Time File A Complaint Objecting To Discharge Of The Debtor, and the Court finding that there is just and sufficient cause, pursuant to Rule 4004(b) and 1017(e), to extend the time to for the Acting United States Trustee to object to the discharge of the Debtor, it is hereby:

**ORDERED**, that the **Acting United States Trustee** shall have until *January 17, 2022* to object to the discharge of the debtor pursuant to § 727(a) of the United States Bankruptcy Code, and it is further;

**ORDERED** that no discharge shall be granted to the debtor pending resolution of this matter.

Date: _____          _____
                                 Klinette H. Kindred
                                 United States Bankruptcy Judge

Entered on Docket: _____

[Signatures On Next Page]

I ask for this:

JOHN P. FITZGERALD, III
Acting United States Trustee, Region 4


By: */s/ Kristen S. Eustis*
Kristen S. Eustis (VA Bar No. 89729)
Trial Attorney
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA  22314
(703) 557-7227
Kristen.S.Eustis@usdoj.gov

Copies To:

Taylor Madison Francois Bodine
42779 Travelers Run Lane
Leesburg, VA 20176
*Debtor*

Robert Sergio Brandt
The Law Office of Robert S. Brandt
600 Cameron Street
Alexandria, VA 22314
Email: brandt@brandtlawfirm.com, G36549@notify.cincompass.com;lgray@brandtlawfirm.com
*Counsel for Debtor*

Kevin R. McCarthy
McCarthy & White, PLLC
8508 Rehoboth Ct.
Vienna, VA 22182
Email: krm@mccarthywhite.com, kmccarthy@premierremote.com;DC07@ecfcbis.com
*Chapter 7 Trustee*

Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, Virginia 22314
USTPregion04.ax.ecf@usdoj.gov
*Counsel for the Acting United States Trustee*