# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number**    21−11238−KHK
**Chapter**    7
**Judge**    Klinette H. Kindred

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Taylor Madison Francois Bodine
aka  Taylor Francois−Bodine
aka  Taylor Bodine
dba  Francois Bodine Consulting
42779 Travelers Run Lane
Leesburg, VA 20176

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−6905

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor:  NA

## NOTICE OF HEARING

A

*22* − Motion to Extend Time to Object to Discharge filed by Kristen S. Eustis of Office of the United States Trustee on behalf of John P. Fitzgerald, III. (Attachments: # 1 Proposed Order # 2 Notice of Motion) (Eustis, Kristen)

  has been filed with the court.

Notice is hereby given that a hearing to consider and act upon said matter will be held at:

**Date:**  November 9, 2021         **Time:**   09:30 AM

**Location:**

Judge Kindred's Courtroom, U.S. Bankruptcy Court, 3rd Floor, 200 South Washington St., Courtroom III, Alexandria, VA 22314

Under Local Bankruptcy Rule 9013−1, unless a written response to this motion and supporting memorandum are filed with the Clerk of Court and served on the moving party within seven (7) days before the scheduled hearing date, the Court may deem any opposition waived, treat the motion [*or application or proposed action*] as conceded, and issue an order granting the requested relief without further notice or hearing.

Dated:  October 18, 2021                                For the Court,

William C. Redden, Clerk
United States Bankruptcy Court

[USTVAN022vDec2009.jsp]

United States Bankruptcy Court

Eastern District of Virginia

In re: Case No. 21-11238-KHK

Taylor Madison Francois Bodine  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: palaciosl | Page 1 of 2 |
| Date Rcvd: Oct 18, 2021 | Form ID: VAN22UST | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Taylor Madison Francois Bodine, 42779 Travelers Run Lane, Leesburg, VA 20176-5653 |
| cr | + | County of Loudoun, 1 Harrison Street, SE (MSC #06), Leesburg, VA 20175-3102 |
| cr | + | Lani Hay, c/o Benjamin P. Smith, Esq., Shulman Rogers, 12505 Park Potomac Ave., 6th Floor Potomac, MD 20854-6803 |
| cr | | Paul Gleit, c/o Stephen A. Metz, Esq., Offit Kurman, P.A., 75021 Wisconsin Ave, Suite 1000W, Bethesda, MD 20814 |
| cr | | Treasurer, County of Loudoun, Virginia, Attention: Collections/Bankruptcy Div., P O Box 347 (MSC #31), Leesburg, VA. 20178-0347 |
| 15695262 | + | Bank of America, PO box 26012, Greensboro, NC 27420-6012 |
| 15695263 | + | Cameron McEvoy law firm, 4100 Monument Corner Dr #420,, attn: Sean Roche Esq, Fairfax, VA 22030-8610 |
| 15695264 | + | Conduent/ACS, Attn: Bankruptcy, Po Box 7051, Utica, NY 13504-7051 |
| 15695265 | + | Fedloan, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 15695266 | + | Helen Shih, 1675 Page Street, San Francisco, CA 94117-2019 |
| 15695268 | + | Jim Magner, Esq, 6 Wirt Street NW, Leesburg, VA 20176-2831 |
| 15695269 | + | Julian Sarkar, Esq., Sarkar Law, 345 Franklin St., San Francisco, CA 94102-4427 |
| 15695270 | + | Kevin M. Shelley, Kaufmann Gildin & Robbins, 767 Third Ave., 30th Floor, New York, NY 10017-2092 |
| 15695272 | + | Lee's Crossing HOA, 115 N. Queen Street, Martinsburg, WV 25401-3311 |
| 15695273 | + | Paul Gleit, 2711 South Ocean Dr., Apt. 3305, Hollywood, FL 33019-2765 |
| 15695276 | | Russell Bodine, 42779 Travelers Run Lane, Leesburg, VA 20176-5653 |
| 15695607 | | Treasurer, County of Loudoun, Virginia, Attention: Collections/Bankruptcy Div., P O BOX 347 (MSC #31), Leesburg, Virginia 20178-0347 |
| 15695279 | + | William B. Schroeder Esq, 12505 Park Potomac Ave., 6th Floor, Potomac, MD 20854-6803 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15695261 | + | Email/Text: backoffice@affirm.com | Oct 18 2021 23:49:00 | Affirm, Inc., Attn: Bankruptcy, Po Box 720, San Francisco, CA 94104-0720 |
| 15695267 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 18 2021 23:49:00 | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| 15695274 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 18 2021 23:49:00 | Quicken Loans, 1050 Woodward Ave., Detroit, MI 48226-3573 |
| 15695275 | | Email/Text: joey@rmscollect.com | Oct 18 2021 23:49:00 | Receivable Management Inc, 7206 Hull Road, Suite 211, Richmond, VA 23235-0000 |
| 15695277 | + | Email/Text: sdietz@swrecovery.com | Oct 18 2021 23:49:00 | Southwest Recovery Service, Attn: Bankruptcy Dept, 17311 Dallas Pkwy #235, Dallax, TX 75248-1132 |
| 15695278 | + | Email/Text: bkr@taxva.com | Oct 18 2021 23:49:00 | VA dept of taxation, POB 2156, Richmond, VA 23218-2156 |

TOTAL: 6

# BYPASSED RECIPIENTS

Case 21-11238-KHK   Doc 24   Filed 10/20/21   Entered 10/21/21 00:09:40   Desc Imaged
Certificate of Notice   Page 4 of 4

| District/off: 0422-9 | User: palaciosl | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 18, 2021 | Form ID: VAN22UST | Total Noticed: 24 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15695271 | ##+ | Lani Hay, 5743 Potomac Ave., NW, Washington, DC 20016-2559 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2021                Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin P. Smith | on behalf of Plaintiff Lani Hay bsmith@shulmanrogers.com Ctremper@shulmanrogers.com |
| Benjamin P. Smith | on behalf of Creditor Lani Hay bsmith@shulmanrogers.com Ctremper@shulmanrogers.com |
| John P. Fitzgerald, III | ustpregion04.ax.ecf@usdoj.gov |
| Kevin R. McCarthy | krm@mccarthywhite.com kmccarthy@premierremote.com;DC07@ecfcbis.com |
| Kristen S. Eustis | on behalf of U.S. Trustee John P. Fitzgerald III Kristen.S.Eustis@usdoj.gov, Paula.f.blades@usdoj.gov |
| Robert Sergio Brandt | on behalf of Debtor Taylor Madison Francois Bodine brandt@brandtlawfirm.com G36549@notify.cincompass.com;lgray@brandtlawfirm.com |
| Stephen A. Metz | on behalf of Creditor Paul Gleit smetz@offitkurman.com mmargulies@offitkurman.com |
| Stephen A. Metz | on behalf of Plaintiff Paul Gleit smetz@offitkurman.com mmargulies@offitkurman.com |
| Steven F. Jackson | on behalf of Creditor County of Loudoun Steve.Jackson@loudoun.gov Rachel.healy@loudoun.gov;ann.mccafferty@loudoun.gov;bankrupt@loudoun.gov;Kara.VanDenburgh@loudoun.gov;Robert.Sproul@loudoun.gov |

TOTAL: 9