**IN THE UNITED STATE BANKRUPTCY**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **In re:** | |
| **Taylor Madison Francois Bodine** | Case No. 21-11238-KHK |
| *aka Taylor Francois-Bodine* | |
| *aka Taylor Bodine* | Chapter 7 |
| *aka Francois Bodine Consulting,* | |
| **Debtor.** | |

**NOTICE OF MOTION FOR EXAMINATION**
**OF DEBTOR TAYLOR MADISON FRANCOIS BODINE**
**PURSUANT TO BANKRUPTCY RULE 2004**

The Acting United States Trustee filed papers with the court to examine the Debtor, Taylor Madison Francois Bodine, and for the Debtor to produce certain documents pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure.

**Your rights may be affected. You should read these pages carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

Parties shall have **seven (7) days** from the date of service to object to the motion.

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then in accordance with Local Bankruptcy Rule 2004-1(B):

File with the court at:

> Clerk of Court
> United States Bankruptcy Court
> 200 South Washington Street
> Alexandria, Virginia 22314;

a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H).

If you mail your response to the court for filing, you must mail it early enough so the court will receive it in a timely manner.

You must also mail a copy to the:

    United States Trustee
    1725 Duke Street, Suite 650
    Alexandria, VA 22314

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief and may grant the relief sought and enter the proposed order.

**There will be no hearing on this matter unless an objection is filed.**

Dated:  October 22, 2021             John P. Fitzgerald, III
                                               Acting United States Trustee, Region Four

By: */s/ Kristen S. Eustis*
     Kristen S. Eustis, VA Bar # 89729
     Trial Attorney
     Office of United States Trustee
     1725 Duke Street, Suite 650
     Alexandria, VA 22314
     (703) 557-7227 (Direct Dial)
     (202) 934-4173 (Office Cell)
     kristen.s.eustis@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2021, I electronically filed the foregoing Notice with the Clerk of the Court and transmitted a true and correct copy of said documents electronically through the electronic case filing system or by first class United States mail, postage prepaid to the following:

Taylor Madison Francois Bodine
42779 Travelers Run Lane
Leesburg, VA 20176
*Debtor*

Robert Sergio Brandt
The Law Office of Robert S. Brandt
600 Cameron Street
Alexandria, VA 22314
Email: brandt@brandtlawfirm.com, G36549@notify.cincompass.com;lgray@brandtlawfirm.com
*Counsel for Debtor*

Kevin R. McCarthy
McCarthy & White, PLLC
8508 Rehoboth Ct.
Vienna, VA 22182
Email: krm@mccarthywhite.com, kmccarthy@premierremote.com; DC07@ecfcbis.com
*Chapter 7 Trustee*

*/s/ Paula Blades*
Paula Blades
Paralegal Specialist