IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **In re:** <br><br> **Taylor Madison Francois Bodine** <br> *aka Taylor Francois-Bodine* <br> *aka Taylor Bodine* <br> *aka Francois Bodine Consulting,* <br><br> **Debtor.** | Case No. 21-11238-KHK <br><br> Chapter 7 |

## STATEMENT OF RETURNED MAIL

      On October 15, 2021, the United States Trustee served a copy of the United States Trustee's Motion to Extend Time To File A Complaint Objecting to Discharge of Debtor, along with the Notice of Motion and Hearing and Proposed Order on the Debtor by first class, postage prepaid, United States mail, at 42779 Travelers Run Lane, Leesburg, VA 20176, which is her address of record. On or about November 5, 2021, the United States Trustee received the envelope back with notations "Return to Sender, Vacant, Unable to Forward".

Dated: November 5, 2021

John P. Fitzgerald, III
Acting United States Trustee, Region Four

By: */s/ Kristen S. Eustis*
Kristen S. Eustis, VA Bar # 89729
Trial Attorney
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7227 (Direct Dial)
(202) 934-4173 (Office Cell)
kristen.s.eustis@usdoj.gov