# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

**In re:**

**Taylor Madison Francois Bodine**
*aka Taylor Francois-Bodine*
*aka Taylor Bodine*
*aka Francois Bodine Consulting,*

    **Debtor.**

Case No. 21-11238-KHK

Chapter 7

## ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO EXTEND TIME TO OBJECT TO DISCHARGE OF THE DEBTOR

A hearing having been held on November 9, 2021 on the Acting United States Trustee's Motion To Extend The Time File A Complaint Objecting To Discharge Of The Debtor (Docket No. 22), and the Court finding that there is just and sufficient cause, pursuant to Rule 4004(b) and 1017(e), to extend the time for the Acting United States Trustee to object to the discharge of the Debtor, it is hereby:

**ORDERED**, that the **Acting United States Trustee** shall have until *January 17, 2022* to object to the discharge of the debtor pursuant to § 727(a) of the United States Bankruptcy Code, and it is further;

**ORDERED** that no discharge shall be granted to the debtor pending resolution of this matter.

Date: Nov 10 2021

/s/ Klinette H Kindred
Klinette H. Kindred
United States Bankruptcy Judge

Entered on Docket: Nov 10 2021

I ask for this:

JOHN P. FITZGERALD, III
Acting United States Trustee, Region 4


By: */s/ Kristen S. Eustis*
Kristen S. Eustis (VA Bar No. 89729)
Trial Attorney
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA  22314
(703) 557-7227
Kristen.S.Eustis@usdoj.gov

## Certificate of Service

      Pursuant to Local Rule 9022-1(C)(2), I hereby certify that the proposed order has been served on all necessary parties in this proceeding, and that on the 9th day of November 2021, a copy of this order was emailed to Robert Sergio Brandt, Counsel for the Debtor at brandt@brandtlawfirm.com and Kevin R. McCarthy, Chapter 7 Trustee at krm@mccarthywhite.com.


                                                  */s/ Kristen S. Eustis*
                                                  Kristen S. Eustis

**Copies To**:

Taylor Madison Francois Bodine
42779 Travelers Run Lane
Leesburg, VA 20176
*Debtor*

Robert Sergio Brandt
The Law Office of Robert S. Brandt
600 Cameron Street
Alexandria, VA 22314
Email: brandt@brandtlawfirm.com, G36549@notify.cincompass.com;lgray@brandtlawfirm.com
*Counsel for Debtor*

Kevin R. McCarthy
McCarthy & White, PLLC
8508 Rehoboth Ct.
Vienna, VA 22182
Email: krm@mccarthywhite.com, kmccarthy@premierremote.com;DC07@ecfcbis.com
*Chapter 7 Trustee*

Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, Virginia 22314
USTPregion04.ax.ecf@usdoj.gov
*Counsel for the Acting United States Trustee*