IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:

**Taylor Madison Francois Bodine**
*aka Taylor Francois-Bodine*
*aka Taylor Bodine*
*aka Francois Bodine Consulting,*

    **Debtor.**

Case No. 21-11238-KHK

Chapter 7

### ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO EXTEND TIME TO OBJECT TO DISCHARGE OF THE DEBTOR

A hearing having been held on November 9, 2021 on the Acting United States Trustee's Motion To Extend The Time File A Complaint Objecting To Discharge Of The Debtor (Docket No. 22), and the Court finding that there is just and sufficient cause, pursuant to Rule 4004(b) and 1017(e), to extend the time for the Acting United States Trustee to object to the discharge of the Debtor, it is hereby:

**ORDERED**, that the **Acting United States Trustee** shall have until *January 17, 2022* to object to the discharge of the debtor pursuant to § 727(a) of the United States Bankruptcy Code, and it is further;

**ORDERED** that no discharge shall be granted to the debtor pending resolution of this matter.

Date: Nov 10 2021

/s/ Klinette H Kindred
_____
Klinette H. Kindred
United States Bankruptcy Judge

Entered on Docket: Nov 10 2021

I ask for this:

JOHN P. FITZGERALD, III
Acting United States Trustee, Region 4


By: */s/ Kristen S. Eustis*
Kristen S. Eustis (VA Bar No. 89729)
Trial Attorney
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA  22314
(703) 557-7227
Kristen.S.Eustis@usdoj.gov

## Certificate of Service

      Pursuant to Local Rule 9022-1(C)(2), I hereby certify that the proposed order has been served on all necessary parties in this proceeding, and that on the 9th day of November 2021, a copy of this order was emailed to Robert Sergio Brandt, Counsel for the Debtor at brandt@brandtlawfirm.com and Kevin R. McCarthy, Chapter 7 Trustee at krm@mccarthywhite.com.


                                           */s/ Kristen S.  Eustis*
                                           Kristen S. Eustis

**Copies To**:

Taylor Madison Francois Bodine
42779 Travelers Run Lane
Leesburg, VA 20176
*Debtor*

Robert Sergio Brandt
The Law Office of Robert S. Brandt
600 Cameron Street
Alexandria, VA 22314
Email: brandt@brandtlawfirm.com, G36549@notify.cincompass.com;lgray@brandtlawfirm.com
*Counsel for Debtor*

Kevin R. McCarthy
McCarthy & White, PLLC
8508 Rehoboth Ct.
Vienna, VA 22182
Email: krm@mccarthywhite.com, kmccarthy@premierremote.com;DC07@ecfcbis.com
*Chapter 7 Trustee*

Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, Virginia 22314
USTPregion04.ax.ecf@usdoj.gov
*Counsel for the Acting United States Trustee*

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 21-11238-KHK |
| Taylor Madison Francois Bodine | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: palaciosl | Page 1 of 2 |
| Date Rcvd: Nov 10, 2021 | Form ID: pdford5 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Taylor Madison Francois Bodine, 42779 Travelers Run Lane, Leesburg, VA 20176-5653 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Nov 11 2021 00:10:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2021        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin P. Smith | on behalf of Creditor Lani Hay bsmith@shulmanrogers.com Ctremper@shulmanrogers.com;aschofield@shulmanrogers.com |
| Benjamin P. Smith | on behalf of Plaintiff Lani Hay bsmith@shulmanrogers.com Ctremper@shulmanrogers.com;aschofield@shulmanrogers.com |
| John P. Fitzgerald, III | ustpregion04.ax.ecf@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0422-9 | User: palaciosl | Page 2 of 2 |
| Date Rcvd: Nov 10, 2021 | Form ID: pdford5 | Total Noticed: 2 |

Kevin R. McCarthy
    krm@mccarthywhite.com  kmccarthy@premierremote.com;DC07@ecfcbis.com

Kristen S. Eustis
    on behalf of U.S. Trustee John P. Fitzgerald  III Kristen.S.Eustis@usdoj.gov, Paula.f.blades@usdoj.gov

Robert Sergio Brandt
    on behalf of Debtor Taylor Madison Francois Bodine brandt@brandtlawfirm.com
    G36549@notify.cincompass.com;lgray@brandtlawfirm.com

Stephen A. Metz
    on behalf of Plaintiff Paul Gleit smetz@offitkurman.com  mmargulies@offitkurman.com

Stephen A. Metz
    on behalf of Creditor Paul Gleit smetz@offitkurman.com  mmargulies@offitkurman.com

Stephen E. Leach
    on behalf of Defendant Taylor Madison Francois Bodine sleach@hirschlerlaw.com
    ndysart@hirschlerlaw.com;kburgers@hirschlerlaw.com

Steven F. Jackson
    on behalf of Creditor County of Loudoun Steve.Jackson@loudoun.gov
    Rachel.healy@loudoun.gov;ann.mccafferty@loudoun.gov;bankrupt@loudoun.gov;Kara.VanDenburgh@loudoun.gov;Robert.Sproul@loudoun.gov

TOTAL: 10