**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

**In re:**

**Taylor Madison Francois Bodine**                          **Case No. 21-11238-KHK**
*aka Taylor Francois-Bodine*
*aka Taylor Bodine*                                          **Chapter 7**
*aka Francois Bodine Consulting,*

**Debtor.**

**CONSENT ORDER GRANTING UNITED STATES TRUSTEE'S**
**MOTION FOR 2004 EXAMINATION OF DEBTOR**
**TAYLOR MADISON FRANCOIS BODINE**

This matter came before the Court on the motion of the Acting United States Trustee for

Region 4 for an order requiring **TAYLOR MADISON FRNACOIS BODINE**, to provide oral

testimony and documents pursuant to Bankruptcy Rule 2004(a).

It appearing to the court that the request relief should be granted and the Debtor having

consented to the relief herein as evidenced by counsel's signature to this Order.

**IT IS HEREBY ORDERED that:**

1.      The Acting United States Trustee's motion is granted. The Acting U.S. Trustee is

authorized to conduct a 2004 examination of **TAYLOR MORGAN FRANCOIS BODINE** who

shall appear and testify under oath at the Office of the United States Trustee, 1725 Duke Street,

Suite 650, Alexandria, Virginia 22314 or by video conference, on the date and time specified in a

written notice of the 2004 examination, to be given by the Acting United States Trustee, pursuant

Office of United States Trustee
Kristen S. Eustis, Esq.
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7227
Kristen.S.Eustis@usdoj.gov

to this Order.   Such examination is to be recorded by a court reporter.

2.      **TAYLOR MORGAN FRANCOIS BODINE** shall produce for the Office of the United

States Trustee, within 30 days of the entry of this order:

    a.  Signed complete copies of federal and state tax returns filed by Taylor Madison Francois Bodine for 2017, 2018, 2019, and 2020. Copies should include all attachments filed with each return.

    b.  Signed complete copies of federal and state tax returns for <u>any entity</u> that Taylor Madison Francois Bodine has or had an interest in for 2017, 2018, 2019, and 2020.   Copies should include all attachments filed with each return.

    c.  Provide a list of all entities owned or controlled by Taylor Madison Francois Bodine or that Taylor Madison Francois Bodine has/had an interest in within the last five years. Detail Mrs. Bodine ownership interest and/or role with the entity(ies).

    d.  Provide documentation regarding the formation of any and all entity(ies) owned or controlled by Taylor Madison Francois Bodine or that Taylor Madison Francois Bodine has/had an interest in within the last five years, including but not limited to Maxed and Matched, Inc., Francois-Bodine Consulting, and FB Consultant, Inc. Documents should include articles of incorporation/formation, annual reports, changes of registered agent, articles of amendment and list of all officers and members, stockholder agreements, and stockholder agreement addendums.

    e.  Provide complete bank statements and copies of cancelled checks for any and all bank accounts (savings and checking) that Taylor Madison Francois Bodine has or had opened; has had an interest in; or has had control of from January 2020 to October 2021. This includes bank statements for any accounts that may have been closed during that time.

f.   Copies of any and all books and records for FB Consultant, Inc.

g.   Copies of any and all books and records for Francois-Bodine Consulting.

h.   Copies of any and all books and records of Maxed and Matched, Inc.

The clerk shall serve by first class mail a copy of this order, or give electronic notice of

the entry of this order on the docket, to the parties listed below.


Dated:  Nov 24 2021                                          /s/ Klinette H Kindred
                                                  _____
                                                  Klinette H. Kindred
                                                  Bankruptcy Judge


                                                  Entered On Docket: Nov 24 2021

We Ask For This:

JOHN P. FITZGERALD, III
ACTING U. S. TRUSTEE, REGION 4

By: /s/ Kristen S. Eustis
Kristen S. Eustis (VA Bar No. 89729)
Trial Attorney
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA   22314
(703) 557-7227
Kristen.S.Eustis@usdoj.gov

TAYLOR MADISON FRANCOIS BODINE

By: /s/ Robert Sergio Brandt
Robert Sergio Brandt
The Law Office of Robert S. Brandt
600 Cameron Street
Alexandria, VA 22314
Email: brandt@brandtlawfirm.com

Copies To:

Taylor Madison Francois Bodine
42779 Travelers Run Lane
Leesburg, VA 20176
*Debtor*

Robert Sergio Brandt
The Law Office of Robert S. Brandt
600 Cameron Street
Alexandria, VA 22314
Email: brandt@brandtlawfirm.com, G36549@notify.cincompass.com;lgray@brandtlawfirm.com
*Counsel for Debtor*

Kevin R. McCarthy
McCarthy & White, PLLC
8508 Rehoboth Ct.
Vienna, VA 22182
Email: krm@mccarthywhite.com, kmccarthy@premierremote.com;DC07@ecfcbis.com
*Chapter 7 Trustee*

Kristen S. Eustis (VA Bar No. 89729)
Trial Attorney
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA   22314
(703) 557-7227
Kristen.S.Eustis@usdoj.gov
*Counsel for Acting United States Trustee*