**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **In re:** <br><br> **Taylor Madison Francois Bodine** <br> *aka Taylor Francois-Bodine* <br> *aka Taylor Bodine* <br> *aka Francois Bodine Consulting,* <br><br> **Debtor.** | Case No. 21-11238-KHK <br><br> Chapter 7 |

**CONSENT ORDER GRANTING UNITED STATES TRUSTEE'S**
**MOTION FOR 2004 EXAMINATION OF DEBTOR**
**TAYLOR MADISON FRANCOIS BODINE**

This matter came before the Court on the motion of the Acting United States Trustee for Region 4 for an order requiring **TAYLOR MADISON FRNACOIS BODINE**, to provide oral testimony and documents pursuant to Bankruptcy Rule 2004(a).

It appearing to the court that the request relief should be granted and the Debtor having consented to the relief herein as evidenced by counsel's signature to this Order.

**IT IS HEREBY ORDERED that:**

1. The Acting United States Trustee's motion is granted. The Acting U.S. Trustee is authorized to conduct a 2004 examination of **TAYLOR MORGAN FRANCOIS BODINE** who shall appear and testify under oath at the Office of the United States Trustee, 1725 Duke Street, Suite 650, Alexandria, Virginia 22314 or by video conference, on the date and time specified in a written notice of the 2004 examination, to be given by the Acting United States Trustee, pursuant

Office of United States Trustee
Kristen S. Eustis, Esq.
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7227
Kristen.S.Eustis@usdoj.gov

to this Order. Such examination is to be recorded by a court reporter.

2. **TAYLOR MORGAN FRANCOIS BODINE** shall produce for the Office of the United States Trustee, within 30 days of the entry of this order:

   a. Signed complete copies of federal and state tax returns filed by Taylor Madison Francois Bodine for 2017, 2018, 2019, and 2020. Copies should include all attachments filed with each return.

   b. Signed complete copies of federal and state tax returns for <u>any entity</u> that Taylor Madison Francois Bodine has or had an interest in for 2017, 2018, 2019, and 2020. Copies should include all attachments filed with each return.

   c. Provide a list of all entities owned or controlled by Taylor Madison Francois Bodine or that Taylor Madison Francois Bodine has/had an interest in within the last five years. Detail Mrs. Bodine ownership interest and/or role with the entity(ies).

   d. Provide documentation regarding the formation of any and all entity(ies) owned or controlled by Taylor Madison Francois Bodine or that Taylor Madison Francois Bodine has/had an interest in within the last five years, including but not limited to Maxed and Matched, Inc., Francois-Bodine Consulting, and FB Consultant, Inc. Documents should include articles of incorporation/formation, annual reports, changes of registered agent, articles of amendment and list of all officers and members, stockholder agreements, and stockholder agreement addendums.

   e. Provide complete bank statements and copies of cancelled checks for any and all bank accounts (savings and checking) that Taylor Madison Francois Bodine has or had opened; has had an interest in; or has had control of from January 2020 to October 2021. This includes bank statements for any accounts that may have been closed during that time.

Page **2** of **4**

  f. Copies of any and all books and records for FB Consultant, Inc.

  g. Copies of any and all books and records for Francois-Bodine Consulting.

  h. Copies of any and all books and records of Maxed and Matched, Inc.

  The clerk shall serve by first class mail a copy of this order, or give electronic notice of the entry of this order on the docket, to the parties listed below.

Dated: Nov 24 2021

/s/ Klinette H Kindred
_____
Klinette H. Kindred
Bankruptcy Judge

Entered On Docket: Nov 24 2021

We Ask For This:

JOHN P. FITZGERALD, III
ACTING U. S. TRUSTEE, REGION 4

By: */s/ Kristen S. Eustis*
Kristen S. Eustis (VA Bar No. 89729)
Trial Attorney
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA  22314
(703) 557-7227
Kristen.S.Eustis@usdoj.gov

TAYLOR MADISON FRANCOIS BODINE

By: */s/ Robert Sergio Brandt*
Robert Sergio Brandt
The Law Office of Robert S. Brandt
600 Cameron Street
Alexandria, VA 22314
Email: brandt@brandtlawfirm.com

Copies To:

Taylor Madison Francois Bodine
42779 Travelers Run Lane
Leesburg, VA 20176
*Debtor*

Robert Sergio Brandt
The Law Office of Robert S. Brandt
600 Cameron Street
Alexandria, VA 22314
Email: brandt@brandtlawfirm.com, G36549@notify.cincompass.com;lgray@brandtlawfirm.com
*Counsel for Debtor*

Kevin R. McCarthy
McCarthy & White, PLLC
8508 Rehoboth Ct.
Vienna, VA 22182
Email: krm@mccarthywhite.com, kmccarthy@premierremote.com;DC07@ecfcbis.com
*Chapter 7 Trustee*

Kristen S. Eustis (VA Bar No. 89729)
Trial Attorney
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA   22314
(703) 557-7227
Kristen.S.Eustis@usdoj.gov
*Counsel for Acting United States Trustee*

United States Bankruptcy Court
Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 21-11238-KHK |
| Taylor Madison Francois Bodine | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0422-9 | User: palaciosl | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 24, 2021 | Form ID: pdford9 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Taylor Madison Francois Bodine, 42779 Travelers Run Lane, Leesburg, VA 20176-5653 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Nov 24 2021 23:48:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin P. Smith | on behalf of Creditor Lani Hay bsmith@shulmanrogers.com Ctremper@shulmanrogers.com;aschofield@shulmanrogers.com |
| Benjamin P. Smith | on behalf of Plaintiff Lani Hay bsmith@shulmanrogers.com Ctremper@shulmanrogers.com;aschofield@shulmanrogers.com |
| John P. Fitzgerald, III | ustpregion04.ax.ecf@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0422-9 | User: palaciosl | Page 2 of 2 |
| Date Rcvd: Nov 24, 2021 | Form ID: pdford9 | Total Noticed: 2 |

Kevin R. McCarthy
    krm@mccarthywhite.com  kmccarthy@premierremote.com;DC07@ecfcbis.com

Kristen S. Eustis
    on behalf of U.S. Trustee John P. Fitzgerald  III Kristen.S.Eustis@usdoj.gov, Paula.f.blades@usdoj.gov

Robert Sergio Brandt
    on behalf of Debtor Taylor Madison Francois Bodine brandt@brandtlawfirm.com
    G36549@notify.cincompass.com;lgray@brandtlawfirm.com

Stephen A. Metz
    on behalf of Plaintiff Paul Gleit smetz@offitkurman.com  mmargulies@offitkurman.com

Stephen A. Metz
    on behalf of Creditor Paul Gleit smetz@offitkurman.com  mmargulies@offitkurman.com

Stephen E. Leach
    on behalf of Defendant Taylor Madison Francois Bodine sleach@hirschlerlaw.com
    ndysart@hirschlerlaw.com;kburgers@hirschlerlaw.com

Steven F. Jackson
    on behalf of Creditor County of Loudoun Steve.Jackson@loudoun.gov
    Rachel.healy@loudoun.gov;ann.mccafferty@loudoun.gov;bankrupt@loudoun.gov;Kara.VanDenburgh@loudoun.gov;Robert.Sproul@loudoun.gov

TOTAL: 10