**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
_____ **Division**

In re

                                                    Case No.

                     Debtor(s)

                                                    Chapter

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

\_\_\_    Involuntary/Voluntary Petition *[Specify reason for amendment:_____]*
*Check if applicable:* \_\_\_ Soc. Sec. No. amended. [*If applicable*: **An original, signed Official Form 121 was mailed/hand-delivered to the Clerk's Office on_____.\***]

\_\_\_    Summary of Your Assets and Liabilities (and Certain Statistical Information - Individuals Only)
\_\_\_    Declaration (Individuals - Form 106Dec) (Non-Individuals - Form 202)
\_\_\_    Schedule A/B - Property
\_\_\_    Schedule C - The Property You Claim as Exempt
\_\_\_    Schedule D – Creditors Who Hold Claims Secured by Property (See LBR 1009-1)
\_\_\_    Schedule E/F Creditors Who Have Unsecured Claims (See LBR 1009-1)

*( $30.00 fee required if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.)* **Check applicable statement(s)**:

      \_\_\_  **Creditor(s) added**    \_\_\_ **Creditor(s) deleted**
      \_\_\_  **Change in amounts owed or classification of debt**
      \_\_\_  **No pre-petition creditors added/deleted, or amounts owed or classification of debt changed**. [Docket: **Amended Schedule(s) and/or Statement(s), List(s)-NO FEE)**
      \_\_\_  **Post-petition creditors added (Schedule of Unpaid Debts)**

**REMINDER: Conversion of Chapter 13 to Chapter 7** – only file Schedule of Unpaid Debts.

\_\_\_    Schedule G - Executory Contracts and Unexpired Leases
\_\_\_    Schedule H – Your Codebtors
\_\_\_    Schedule I – Your Income
\_\_\_    Schedule J – Your Expenses

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors.**
**\*Amendment of debtor(s) Social Security Number requires that this cover sheet together with a completed Official Form 121 – Statement About Your Social Security Numbers be electronically filed or submitted to the Clerk's Office for "restricted" entry of the amended Social Security Number into the case record.]**

\_\_\_    Statement of Financial Affairs

\_\_\_    Statement of Intention for Individuals Filing Under Chapter 7

\_\_\_    Chapter 11 List of Equity Security Holders

\_\_\_    Chapter 11: The List of Creditors Who Have the 20 Largest Unsecured Claims Against You Who Are Not Insiders

\_\_\_    Attorney's Disclosure of Compensation

\_\_\_    Other: _____

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows: _____
_____.

Date: _____

                                              _____
                                              Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
                                              State Bar No.:
                                              Mailing Address:

[amendcs ver. 12/15]                        Telephone No.: