# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division

**In re:**  
Taylor Madison Francois Bodine

**Case Number** 21–11238–KHK  
**Chapter** 7  
**Judge** Klinette H. Kindred

Debtor(s)

**To:** Robert Sergio Brandt

## NOTICE OF DEFICIENT FILING

Upon authority of Local Bankruptcy Rule 5005–1, the documents submitted by you

*35* – Amended Schedule(s) and/or Statement(s) Filed: Schedule A/B, Schedule I, Statement of Financial Affairs, filed by Robert Sergio Brandt of The Law Office of Robert S. Brandt on behalf of Taylor Madison Francois Bodine. (Attachments: # 1 amended schedules)(Brandt, Robert)

contain certain deficiencies as set forth below. You must correct the deficiencies on or before ***1/20/22.*** Failure to timely correct the deficiencies may result in the pleading or other paper ***being stricken from the record or, if a complaint is deficient, the adversary proceeding being dismissed***.

### REPRESENTATION AND APPEARANCES:
- \_ the ECF registered participant attorney filing the document does not match the attorney's signature on the document.
- \_ **Requirement of Counsel:** filed on behalf of an entity not a natural person acting on own behalf and not signed by counsel permitted to appear under LBR 2090–1. [See LBR 9010–1]
- \_ **Identification of Attorney:** State Bar number omitted from document/proposed order. [See LBR 5005–1(C)(5) and 9022–1(A)]
- \_ a written application for *pro hac vice* admission must be appended to the motion filed by a member of the Bar of this Court. [See LBR 2090–1(E)(2)(a)]

### REQUIREMENT OF FORM:
- \_ **Legibility:** not in compliance with LBR 5005–1(D)(1)
- \_ **Caption, Official Forms:** [See LBR 5005–1(D)(2)] Every paper must bear the debtor(s) name, the case number and chapter of the case to which it pertains and be in substantial compliance with the current Official Form. *If applicable*. Case name and/or number do not match on paper submitted.
- \_ Not on acceptable form approved by Court for use in Eastern District of Virginia pursuant to Local Bankruptcy Rule 3015–2(A).
- \_ **Signature Required:** not signed by counsel of record, or individual, if *pro se*.
  - \_ *if corporation,* not signed by counsel. [See LBR 5005–1(D)(4)]
  - \_ *if amendment to petition, lists or \*schedules,* not verified by unsworn declaration with original signature of all debtors and, if required, the original signature of the attorney. [See FRBP 1008]
  - \_ *if document submitted in electronically filed case,* signature not indicated with the party's name and/or attorney's name typed in full on the signature line, e.g. /s/ Jane Doe. [See CM/ECF Policy Statement 8.B., Form of Signature of Attorney User and Non–Attorney User.]
- \_ Document does not appear to be complete. Please review this filing for possible error and relate any amendment/correction to the original document.
- \_ Document does not match the event entry used for docketing. Please review this filing and redocket using the correct event entry or redocket to attach the correct document.
- \_ Document appears to be filed in the wrong case. Please review this filing and docket to the correct case.
- \_ Document does not include a certification whether an Attorney assisted with the preparation of the document. [See LBR 2090–1]
- **x** *Schedules/Amended schedules do not include Form 106Dec – Declaration About an Individual Debtor's Schedules, or Form 106Dec is not signed.
- \_ As a result of the deficiency noted above, at the direction of the Court, the hearing has been cancelled.

Date: January 6, 2022

Clerk, United States Bankruptcy Court

By /s/ Lilian Palacios, Deputy Clerk  
Direct Dial Telephone No. 703–258–1217

[defntcvNov2021.jsp]