# Notice Recipients

District/Off: 0422−1                 User: palaciosl                 Date Created: 1/6/2022
Case: 21−11238−KHK                 Form ID: defntc                 Total: 1


**Recipients of Notice of Electronic Filing:**
aty          Robert Sergio Brandt          brandt@brandtlawfirm.com

                                                              TOTAL: 1