IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **In re:**<br><br>**Taylor Madison Francois Bodine**<br>*aka Taylor Francois-Bodine*<br>*aka Taylor Bodine*<br>*aka Francois Bodine Consulting,*<br><br>**Debtor.** | Case No. 21-11238-KHK<br><br>Chapter 7 |

## THE ACTING UNITED STATES TRUSTEE'S MOTION TO APPROVE WAIVER OF DISCHARGE

Comes Now, John P. Fitzgerald, III, Acting United States Trustee for Region Four ("U.S. Trustee"), and moves the Court to approve the waiver of discharge by Taylor Madison Francois Bodine (the "Debtor"). In further support, the U.S. Trustee states the following:

1. The Court has the authority to hear and decide this matter pursuant to 28 U.S.C. § 1314.

2. This is a core proceeding under 28 U.S.C. § 157(b)(2).

3. The Debtor commenced this proceeding by filing a petition for relief under Chapter 7 of the Bankruptcy Code on July 12, 2021. *See Docket Entry #1.*

4. No discharge order has been entered.

5. The Debtor has executed a written waiver of discharge. Attached as an exhibit hereto.

6. The waiver of discharge was executed after the order for relief.

7. The Debtor is represented by counsel.

Office of United States Trustee
Kristen S. Eustis, Esq.
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7227
Kristen.S.Eustis@usdoj.gov

WHEREFORE, the Acting United States Trustee for Region 4 moves the Court to approve the waiver of discharge by Taylor Madison Francois Bodine pursuant to 11 U.S.C. § 727(a)(10).

January 19, 2022                                JOHN P. FITZGERALD, III
                                                ACTING U. S. TRUSTEE, REGION 4

                                                By: */s/ Kristen S. Eustis*
                                                Kristen S. Eustis (VA Bar No. 89729)
                                                Trial Attorney
                                                Office of the United States Trustee
                                                1725 Duke Street, Suite 650
                                                Alexandria, VA  22314
                                                (703) 557-7227
                                                Kristen.S.Eustis@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on January 19, 2022, I electronically filed the foregoing motion to approve waiver of discharge along with the Proposed Order with the Clerk of the Court and transmitted a true and correct copy of said documents electronically through the electronic case filing system or by first class United States mail, postage prepaid to the following:

Taylor Madison Francois Bodine
42779 Travelers Run Lane
Leesburg, VA 20176
*Debtor*

Robert Sergio Brandt
The Law Office of Robert S. Brandt
600 Cameron Street
Alexandria, VA 22314
Email: brandt@brandtlawfirm.com, G36549@notify.cincompass.com;lgray@brandtlawfirm.com
*Counsel for Debtor*

Kevin R. McCarthy
McCarthy & White, PLLC
8508 Rehoboth Ct.
Vienna, VA 22182
Email: krm@mccarthywhite.com, kmccarthy@premierremote.com;DC07@ecfcbis.com
*Chapter 7 Trustee*

                                        */s/ Paula Blades*
                                        Paula Blades
                                        Paralegal Specialist