John P. Fitzgerald, III
Acting United States Trustee
For Region 4
1725 Duke Street, Suite 650
Alexandria, VA 22314
Kristen S. Eustis, Attorney, VSB # 89729
(703) 557-7227

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

**In re:**

**Taylor Madison Francois Bodine**                    **Case No. 21-11238-KHK**
*aka Taylor Francois-Bodine*
*aka Taylor Bodine*                                            **Chapter 7**
*aka Francois Bodine Consulting,*

   **Debtor.**

## ORDER APPROVING WAIVER OF DISCHARGE

The motion of the Acting United States Trustee for Region 4 to approve the Debtor's

waiver of discharge came before the Court.

The Court finds:

(A) The Court has the authority to hear and decide this matter. 28 U.S.C. § 1334.

(B) This is a core proceeding. 28 U.S.C. § 157(b)(2).

(C) On July 12, 2021, the Debtor filed a petition for relief under chapter 7 of the Bankruptcy

   Code.

(D) The Debtor has executed a written waiver of discharge.

(E) The waiver of discharge was executed after the order for relief.

Now, it is hereby:

ORDERED that the Debtor's waiver of discharge is approved pursuant to Bankruptcy

Section 727(a)(10).

ORDERED that the Clerk shall serve a copy of this order on the parties listed below.

_____
Klinette H. Kindred
Bankruptcy Judge

John P. Fitzgerald, III
Acting United States Trustee
For Region 4

/s/ *Kristen S. Eustis*
Kristen S. Eustis, Attorney
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7227
Email: Kristen.s.eustis@usdoj.gov

Seen and Agreed:

/s/ *Robert S. Brandt, Esq. with permission*
Robert S. Brandt, Esq.
*Attorney for Debtor*
600 Cameron Stret
Alexandria, VA 22314
(703) 342-7330
Email: brandt@brandtlawfirm.com

## Certificate of Service

I hereby certify that on January 19, 2022, I served a copy of this proposed Order to the Debtor's attorney, Robert S. Brandt, via e-mail to brandt@brandtlawfirm.com, and to the Chapter 7 Trustee, Kevin R. McCarthy, via e-mail at krm@mccarthywhite.com.

/s/ *Kristen S. Eustis*
Kristen S. Eustis
Trial Attorney

**Copies To**:

Taylor Madison Francois Bodine
42779 Travelers Run Lane
Leesburg, VA 20176
*Debtor*

Robert Sergio Brandt
The Law Office of Robert S. Brandt
600 Cameron Street
Alexandria, VA 22314
Email: brandt@brandtlawfirm.com, G36549@notify.cincompass.com;lgray@brandtlawfirm.com
*Counsel for Debtor*

Kevin R. McCarthy
McCarthy & White, PLLC
8508 Rehoboth Ct.
Vienna, VA 22182
Email: krm@mccarthywhite.com, kmccarthy@premierremote.com;DC07@ecfcbis.com
*Chapter 7 Trustee*

Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, Virginia 22314
USTPregion04.ax.ecf@usdoj.gov
*Counsel for the Acting United States Trustee*