## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

**In re:**

**Taylor Madison Francois Bodine**  
*aka Taylor Francois-Bodine*  
*aka Taylor Bodine*  
*aka Francois Bodine Consulting,*

**Debtor.**

Case No. 21-11238-KHK

Chapter 7

## WAIVER OF DISCHARGE

I, **TAYLOR MADISON FRANCOIS BODINE**, declare under the penalty of perjury, the following.

(1) I am the Debtor in the above-named bankruptcy case.

(2) I am over the age of 18.

(3) I am represented by attorney Robert S. Brandt in my bankruptcy case, a member of the Bar of this Curt and of the Virginia State Bar.

(4) On July 12, 2021, I filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District Virginia, Alexandria Division.

(5) I hereby **waive (give up) my right to seek a discharge** in this bankruptcy case.

(6) I understand that by waiving my right to a discharge, any debts and obligations that were or could have been listed or scheduled in this case shall not be dischargeable in any subsequent or later case that I may file under the Bankruptcy Code.

(7) I have reviewed the terms of this waiver most carefully, have had the benefit of legal counsel in deciding to execute the same, and believe it to be in my best interests.

(8) I have discussed the consequences of my waiver of discharge with my attorney.

(9) I understand that none of my debts and obligations will be discharged in this bankruptcy case, and that I will NOT receive a discharge of my debts and obligations.

(10) I waive my discharge freely and voluntarily.

(11) I understand that notwithstanding my waiver or the acceptance of it by the Court, Kevin McCarthy will continue to act as Chapter 7 Trustee in this case, and will continue to liquidate and administer my non-exempt assets, if any, for the benefit of my creditors.

(12) I ask that the Court approve this waiver of discharge pursuant to Section 727(a)(10) of the Bankruptcy Code

_____
Taylor Madison Francois, Bodine, Debtor
42779 Travelers Run Lane
Leesburg, VA 20176

Date: _____

_____
Robert S. Brandt, Esq.
The Law Office of Robert S. Brandt
600 Cameron Street
Alexandria, VA 22314

Date: __1/14/22__

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:

Taylor Madison Francois Bodine
aka Taylor Francois-Bodine
aka Taylor Bodine
aka Francois Bodine Consulting,

Debtor.

Case No. 21-11238-KHK

Chapter 7

## WAIVER OF DISCHARGE

I, **TAYLOR MADISON FRANCOIS BODINE**, declare under the penalty of perjury, the following.

(1) I am the Debtor in the above-named bankruptcy case.

(2) I am over the age of 18.

(3) I am represented by attorney Robert S. Brandt in my bankruptcy case, a member of the Bar of this Curt and of the Virginia State Bar.

(4) On July 12, 2021, I filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District Virginia, Alexandria Division.

(5) I hereby **waive (give up) my right to seek a discharge** in this bankruptcy case.

(6) I understand that by waiving my right to a discharge, any debts and obligations that were or could have been listed or scheduled in this case shall not be dischargeable in any subsequent or later case that I may file under the Bankruptcy Code.

(7) I have reviewed the terms of this waiver most carefully, have had the benefit of legal counsel in deciding to execute the same, and believe it to be in my best interests.

(8) I have discussed the consequences of my waiver of discharge with my attorney.

(9) I understand that none of my debts and obligations will be discharged in this bankruptcy case, and that I will NOT receive a discharge of my debts and obligations.

(10) I waive my discharge freely and voluntarily.

(11) I understand that notwithstanding my waiver or the acceptance of it by the Court, Kevin McCarthy will continue to act as Chapter 7 Trustee in this case, and will continue to liquidate and administer my non-exempt assets, if any, for the benefit of my creditors.

(12) I ask that the Court approve this waiver of discharge pursuant to Section 727(a)(10) of the Bankruptcy Code

Taylor Madison Francois Bodine, Debtor
42779 Travelers Run Lane
Leesburg, VA 20176

Robert S. Brandt, Esq.
The Law Office of Robert S. Brandt
600 Cameron Street
Alexandria, VA 22314

Date: January 18, 2022

Date: _____