# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In re:

**Taylor Madison Francois Bodine**
*aka Taylor Francois-Bodine*
*aka Taylor Bodine*
*aka Francois Bodine Consulting,*

    **Debtor.**

Case No. 21-11238-KHK

Chapter 7

## CONSENT ORDER FURTHER EXTENDING TIME FOR THE ACTING UNITED STATES TRUSTEE TO OBJECT TO THE DEBTOR'S DISCHARGE

Upon consideration of the consent motion to further extend the deadline for the Acting United States Trustee to file a complaint objecting to the debtor's discharge, the Debtor having consented to the relief requested, and good cause being shown, it is hereby:

**ORDERED**, that the **Acting United States Trustee** shall have until *January 28, 2022* to object to the discharge of the debtor pursuant to § 727(a) of the United States Bankruptcy Code, and it is further;

**ORDERED** that no discharge shall be granted to the debtor pending resolution of this matter.

Date: Jan 19 2022

/s/ Klinette H Kindred
Klinette H. Kindred
United States Bankruptcy Judge

Entered on Docket: Jan 19 2022

We ask for this:

| | |
|---|---|
| JOHN P. FITZGERALD, III<br>Acting United States Trustee, Region 4<br><br>By: */s/ Kristen S. Eustis*<br>Kristen S. Eustis (VA Bar No. 89729)<br>Trial Attorney<br>Office of the United States Trustee<br>1725 Duke Street, Suite 650<br>Alexandria, VA  22314<br>(703) 557-7227<br>Kristen.S.Eustis@usdoj.gov | Seen and Agreed:<br><br>Taylor Madison Francois Bodine<br>Debtor<br><br>By: */s/ Robert Sergio Brandt*<br>Robert Sergio Brandt<br>The Law Office of Robert S. Brandt<br>600 Cameron Street<br>Alexandria, VA 22314<br>Email: brandt@brandtlawfirm.com<br>*Counsel for Debtor* |

## Certificate of Service

Pursuant to Local Rule 9022-1(C), I hereby certify that the proposed order has been endorsed by all necessary parties and served on all necessary parties in this proceeding, and that on the 14th day of January 2022, a copy of this order was emailed to Robert Sergio Brandt, Counsel for the Debtor at brandt@brandtlawfirm.com and Kevin R. McCarthy, Chapter 7 Trustee at krm@mccarthywhite.com.

*/s/ Kristen S.  Eustis*
Kristen S. Eustis

**Copies To**:

Taylor Madison Francois Bodine
42779 Travelers Run Lane
Leesburg, VA 20176
*Debtor*

Robert Sergio Brandt
The Law Office of Robert S. Brandt
600 Cameron Street
Alexandria, VA 22314
Email: brandt@brandtlawfirm.com, G36549@notify.cincompass.com;lgray@brandtlawfirm.com
*Counsel for Debtor*

Kevin R. McCarthy
McCarthy & White, PLLC
8508 Rehoboth Ct.
Vienna, VA 22182
Email: krm@mccarthywhite.com, kmccarthy@premierremote.com;DC07@ecfcbis.com
*Chapter 7 Trustee*

Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, Virginia 22314
USTPregion04.ax.ecf@usdoj.gov
*Counsel for the Acting United States Trustee*