**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In re:

**Taylor Madison Francois Bodine**
*aka Taylor Francois-Bodine*
*aka Taylor Bodine*
*aka Francois Bodine Consulting,*

      **Debtor.**

**Case No. 21-11238-KHK**

**Chapter 7**

## CONSENT ORDER FURTHER EXTENDING TIME FOR THE ACTING UNITED STATES TRUSTEE TO OBJECT TO THE DEBTOR'S DISCHARGE

Upon consideration of the consent motion to further extend the deadline for the Acting United States Trustee to file a complaint objecting to the debtor's discharge, the Debtor having consented to the relief requested, and good cause being shown, it is hereby:

**ORDERED**, that the **Acting United States Trustee** shall have until *January 28, 2022* to object to the discharge of the debtor pursuant to § 727(a) of the United States Bankruptcy Code, and it is further;

**ORDERED** that no discharge shall be granted to the debtor pending resolution of this matter.

Date: Jan 19 2022

/s/ Klinette H Kindred
Klinette H. Kindred
United States Bankruptcy Judge

Entered on Docket: Jan 19 2022

Page 1 of 3

We ask for this:

JOHN P. FITZGERALD, III                                        Seen and Agreed:
Acting United States Trustee, Region 4

                                                                          Taylor Madison Francois Bodine
                                                                          Debtor

By: /s/ Kristen S. Eustis
Kristen S. Eustis (VA Bar No. 89729)                   By: /s/ Robert Sergio Brandt
Trial Attorney                                                        Robert Sergio Brandt
Office of the United States Trustee                       The Law Office of Robert S. Brandt
1725 Duke Street, Suite 650                               600 Cameron Street
Alexandria, VA  22314                                       Alexandria, VA 22314
(703) 557-7227                                                   Email: brandt@brandtlawfirm.com
Kristen.S.Eustis@usdoj.gov                               *Counsel for Debtor*


### Certificate of Service

        Pursuant to Local Rule 9022-1(C), I hereby certify that the proposed order has been
endorsed by all necessary parties and served on all necessary parties in this proceeding, and that
on the 14th day of January 2022, a copy of this order was emailed to Robert Sergio Brandt,
Counsel for the Debtor at brandt@brandtlawfirm.com and Kevin R. McCarthy, Chapter 7
Trustee at krm@mccarthywhite.com.


                                          /s/ Kristen S.  Eustis
                                          Kristen S. Eustis

**Copies To**:

Taylor Madison Francois Bodine
42779 Travelers Run Lane
Leesburg, VA 20176
*Debtor*

Robert Sergio Brandt
The Law Office of Robert S. Brandt
600 Cameron Street
Alexandria, VA 22314
Email: brandt@brandtlawfirm.com, G36549@notify.cincompass.com;lgray@brandtlawfirm.com
*Counsel for Debtor*

Kevin R. McCarthy
McCarthy & White, PLLC
8508 Rehoboth Ct.
Vienna, VA 22182
Email: krm@mccarthywhite.com, kmccarthy@premierremote.com;DC07@ecfcbis.com
*Chapter 7 Trustee*

Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, Virginia 22314
USTPregion04.ax.ecf@usdoj.gov
*Counsel for the Acting United States Trustee*

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                                          Case No. 21-11238-KHK

Taylor Madison Francois Bodine                                              Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9                             User: palaciosl                                              Page 1 of 2

Date Rcvd: Jan 19, 2022                       Form ID: pdford5                                   Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Taylor Madison Francois Bodine, 42779 Travelers Run Lane, Leesburg, VA 20176-5653 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Jan 20 2022 00:16:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2022                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin P. Smith | on behalf of Creditor Lani Hay bsmith@shulmanrogers.com  Ctremper@shulmanrogers.com;aschofield@shulmanrogers.com |
| Benjamin P. Smith | on behalf of Plaintiff Lani Hay bsmith@shulmanrogers.com  Ctremper@shulmanrogers.com;aschofield@shulmanrogers.com |
| John P. Fitzgerald, III | ustpregion04.ax.ecf@usdoj.gov |

Kevin R. McCarthy

krm@mccarthywhite.com  kmccarthy@premierremote.com;DC07@ecfcbis.com

Kristen S. Eustis

on behalf of U.S. Trustee John P. Fitzgerald  III Kristen.S.Eustis@usdoj.gov, Paula.f.blades@usdoj.gov

Robert Sergio Brandt

on behalf of Debtor Taylor Madison Francois Bodine brandt@brandtlawfirm.com
G36549@notify.cincompass.com;lgray@brandtlawfirm.com

Stephen A. Metz

on behalf of Plaintiff Paul Gleit smetz@offitkurman.com  mmargulies@offitkurman.com

Stephen A. Metz

on behalf of Creditor Paul Gleit smetz@offitkurman.com  mmargulies@offitkurman.com

Stephen E. Leach

on behalf of Defendant Taylor Madison Francois Bodine sleach@hirschlerlaw.com
ndysart@hirschlerlaw.com;kburgers@hirschlerlaw.com

Steven F. Jackson

on behalf of Creditor County of Loudoun Steve.Jackson@loudoun.gov
nicole.rodriguez@loudoun.gov;ann.mccafferty@loudoun.gov;bankrupt@loudoun.gov;Kara.VanDenburgh@loudoun.gov;Robert.S
proul@loudoun.gov

TOTAL: 10