John P. Fitzgerald, III
Acting United States Trustee
For Region 4
1725 Duke Street, Suite 650
Alexandria, VA 22314
Kristen S. Eustis, Attorney, VSB # 89729
(703) 557-7227

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

**In re:**

**Taylor Madison Francois Bodine**
*aka Taylor Francois-Bodine*
*aka Taylor Bodine*
*aka Francois Bodine Consulting,*

    **Debtor.**

Case No. 21-11238-KHK

Chapter 7

## ORDER APPROVING WAIVER OF DISCHARGE

The motion of the Acting United States Trustee for Region 4 to approve the Debtor's waiver of discharge came before the Court.

The Court finds:

(A) The Court has the authority to hear and decide this matter. 28 U.S.C. § 1334.

(B) This is a core proceeding. 28 U.S.C. § 157(b)(2).

(C) On July 12, 2021, the Debtor filed a petition for relief under chapter 7 of the Bankruptcy Code.

(D) The Debtor has executed a written waiver of discharge.

(E) The waiver of discharge was executed after the order for relief.

Now, it is hereby:

ORDERED that the Debtor's waiver of discharge is approved pursuant to Bankruptcy Section 727(a)(10).

ORDERED that the Clerk shall serve a copy of this order on the parties listed below.

Jan 20 2022

/s/ Klinette H Kindred
_____
Klinette H. Kindred
Bankruptcy Judge

Entered On Docket: Jan 20 2022

John P. Fitzgerald, III
Acting United States Trustee
For Region 4

/s/ *Kristen S. Eustis*
Kristen S. Eustis, Attorney
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7227
Email: Kristen.s.eustis@usdoj.gov

Seen and Agreed:

*/s/ Robert S. Brandt, Esq. with permission*
Robert S. Brandt, Esq.
*Attorney for Debtor*
600 Cameron Stret
Alexandria, VA 22314
(703) 342-7330
Email: brandt@brandtlawfirm.com

## Certificate of Service

    I hereby certify that on January 19, 2022, I served a copy of this proposed Order to the Debtor's attorney, Robert S. Brandt, via e-mail to brandt@brandtlawfirm.com, and to the Chapter 7 Trustee, Kevin R. McCarthy, via e-mail at krm@mccarthywhite.com.

/s/ *Kristen S. Eustis*
Kristen S. Eustis
Trial Attorney

**Copies To**:

Taylor Madison Francois Bodine
42779 Travelers Run Lane
Leesburg, VA 20176
*Debtor*

Robert Sergio Brandt
The Law Office of Robert S. Brandt
600 Cameron Street
Alexandria, VA 22314
Email: brandt@brandtlawfirm.com, G36549@notify.cincompass.com;lgray@brandtlawfirm.com
*Counsel for Debtor*

Kevin R. McCarthy
McCarthy & White, PLLC
8508 Rehoboth Ct.
Vienna, VA 22182
Email: krm@mccarthywhite.com, kmccarthy@premierremote.com;DC07@ecfcbis.com
*Chapter 7 Trustee*

Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, Virginia 22314
USTPregion04.ax.ecf@usdoj.gov
*Counsel for the Acting United States Trustee*

United States Bankruptcy Court
Eastern District of Virginia

In re: Case No. 21-11238-KHK
Taylor Madison Francois Bodine Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9 User: palaciosl Page 1 of 2
Date Rcvd: Jan 20, 2022 Form ID: pdford9 Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Taylor Madison Francois Bodine, 42779 Travelers Run Lane, Leesburg, VA 20176-5653 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Jan 21 2022 00:09:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2022      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin P. Smith | on behalf of Creditor Lani Hay bsmith@shulmanrogers.com Ctremper@shulmanrogers.com;aschofield@shulmanrogers.com |
| Benjamin P. Smith | on behalf of Plaintiff Lani Hay bsmith@shulmanrogers.com Ctremper@shulmanrogers.com;aschofield@shulmanrogers.com |
| John P. Fitzgerald, III | ustpregion04.ax.ecf@usdoj.gov |

District/off: 0422-9    User: palaciosl    Page 2 of 2
Date Rcvd: Jan 20, 2022    Form ID: pdford9    Total Noticed: 2

| | |
|---|---|
| Kevin R. McCarthy | krm@mccarthywhite.com  kmccarthy@premierremote.com;DC07@ecfcbis.com |
| Kristen S. Eustis | on behalf of U.S. Trustee John P. Fitzgerald III Kristen.S.Eustis@usdoj.gov, Paula.f.blades@usdoj.gov |
| Robert Sergio Brandt | on behalf of Debtor Taylor Madison Francois Bodine brandt@brandtlawfirm.com G36549@notify.cincompass.com;lgray@brandtlawfirm.com |
| Stephen A. Metz | on behalf of Plaintiff Paul Gleit smetz@offitkurman.com  mmargulies@offitkurman.com |
| Stephen A. Metz | on behalf of Creditor Paul Gleit smetz@offitkurman.com  mmargulies@offitkurman.com |
| Stephen E. Leach | on behalf of Defendant Taylor Madison Francois Bodine sleach@hirschlerlaw.com ndysart@hirschlerlaw.com;kburgers@hirschlerlaw.com |
| Steven F. Jackson | on behalf of Creditor County of Loudoun Steve.Jackson@loudoun.gov nicole.rodriguez@loudoun.gov;ann.mccafferty@loudoun.gov;bankrupt@loudoun.gov;Kara.VanDenburgh@loudoun.gov;Robert.Sproul@loudoun.gov |

TOTAL: 10