## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

_____Alexandria_____ Division

**In re**  Taylor Madison Francois Bodine    **Case No.**  21-11238-KHK

**Debtor(s)**    **Chapter**  7

**Plaintiff(s)**    **AP No.** *[If applicable]*

**v.**

**Defendant(s)**

## ORDER STRIKING PLEADING

A  Amended Schedule(s) and/or Statement(s), having been filed by Robert Sergio Brandt, on January 6, 2022, and proponent having failed to timely cure the deficiencies as set forth in the

Notice of Filing Deficiency pursuant to the provisions of LBR 5005-1(E)

it is, therefore

**ORDERED** that the above pleading(s) is/are stricken from the record in the above-referenced case or adversary proceeding.

WILLIAM C. REDDEN
Clerk of Court

Date: January 28, 2022        By /s/ Lilian Palacios
                Deputy Clerk

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET  January 28, 2022

[ostrkpldg ver. 12/09]