# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0422–1 | User: palaciosl | Date Created: 1/28/2022 |
| Case: 21–11238–KHK | Form ID: pdford9 | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty        Robert Sergio Brandt        brandt@brandtlawfirm.com

TOTAL: 1